

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00052-CV

_____

LEWIS ALAN DAVIS, Appellant

V.

RICHARD BOREN, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 13-0897

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellant, Lewis Alan Davis, has filed a motion with this Court seeking to voluntarily dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     November 8, 2016
Date Decided:       November 9, 2016